| | |
|---|---|
| IN RE: Robert Callahan<br>Clare Callahan | CASE NO: 13-13598 |
| Debtor(s) | CHAPTER 7 |
| | JUDGE MORGENSTERN-CLARREN |

## LEGAL DESCRIPTION

Debtors, through counsel, do hereby notify the court of the filing of their legal description for the following property:

9048 Calista Drive
North Ridgeville, OH  44039

County: Lorain

PPN: 07-00-036-000-091

                                        Respectfully submitted,

                                        /s/ William J. Balena

                                        _____

                                        William J. Balena (0019641)
                                        Attorney for Debtors
                                        30400 Detroit Rd., #106
                                        Westlake, OH 44145
                                        (440) 365-2000
                                        (440) 323-0260 - Fax
                                        docket@ohbksource.com

TRANSFERRED
IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE

JUN 11 2010

**MARK R. STEWART**
LORAIN COUNTY AUDITOR

2010 JUN 11 P 3:05      002290

Doc ID: 015911770002 Type: OFF
Kind: DEEDS
Recorded: 06/11/2010 at 03:15:03 PM
Fee Amt: $28.00 Page 1 of 2
Lorain County, Ohio
Judith M Nedwick County Recorder
File **2010-0336802**

| Return To: Barristers of Ohio | Order Number |
|---|---|
| 800 W. St. Clair Avenue | 10-02-0-12775 |
| Cleveland, OH 44113 | |

## GENERAL WARRANTY DEED

**Mark G. Heinrich & Jennifer M. Heinrich, husband and wife**, for valuable consideration paid, grant(s) with general warranty covenants, to **Robert Culver Callahan & Clare Geraldine Callahan**, whose tax mailing address is **c/o Pentagon Federal Credit Union, P.O. Box 320610, Alexandria, VA 22320-0927**, the following **REAL PROPERTY:**

Situated in the City of North Ridgeville, County of Lorain and State of Ohio:

And known as being Sublot No 37 in the Waterbury Phase I Subdivision of part of Original North Ridgeville Township Lot No 36 as shown by the recorded plat in Volume 70, Page 51 and re-recorded in Volume 70, Page 76 of Lorain County Plat Records.

P.P.N. - 07-00-036-000-091
A.K.A.- 9048 Calista Drive, North Ridgeville, OH 44039
Prior Instrument Reference: **20030932250**

UNOFFICIAL

*Exceptions to the general warranty covenants: (a) such encroachments and recorded restrictions, easements and conditions, including without limitations subsurface rights, which do not materially adversely affect the Property's use or value; (b) zoning ordinances, if any; and (c) taxes and assessments, whether general or special, which are a lien on the Property but are not yet payable.*

SIGNED AND ACKNOWLEDGED this 9th day of June, 2010

_____  _____
Mark G. Heinrich                Jennifer M. Heinrich

STATE OF ____OHIO____ COUNTY OF __Lorain__ ss.

**BE IT REMEMBERED**, That on this 9th day of June, 2010 before me, the subscriber, a Notary Public in and for said county, personally came

Mark G. Heinrich & Jennifer M. Heinrich

who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person(s), the Grantor(s) in the foregoing Deed, and acknowledged the signing thereof to be his/her/their voluntary act and deed.

**IN TESTIMONY THEREOF**, I have hereunto subscribed my name and affixed my seal on this day and year aforesaid.



JANET CLEGG
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lorain County
My Comm. Exp. 4/28/14

_Janet Clegg_
Notary Public in and for the State of: __Ohio__
My Commission Expires: __4/28/14__

This instrument was prepared by:
James M. Mackey, c/o Walter and Haverfield, LLP
Tower at Erieview, Suite No. 3500
1301 E. 9th Street, Cleveland, OH 44114

CARDINAL HOPE EXAM CO.
708 PARK AVE
ELYRIA, OH 44035

OFFICIAL / UNOFFICIAL (watermark)