**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: | ) CASE NO. 13-13598 |
| | ) |
| **ROBERT and CLARE CALLAHAN** | ) CHAPTER 7 CASE |
| | ) |
| Debtor(s) | ) JUDGE: JESSICA PRICE SMITH |
| | ) |

## OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Now comes Steven S. Davis, Trustee herein, and hereby objects to the debtors' claim of exemptions in and to their Huntington Bank checking account. In support thereof, he says as follows:

1. The debtors filed their bankruptcy petition on May 18, 2013.

2. The debtors scheduled a checking account with Huntington Bank in the amount of $3,190.72.

3. The debtors claimed an exemption, in said asset, under ORC §§2329.66(A)(17) for $3,190.72.

4. ORC 2329.66(A)(17) provides an exemption to the extent federal law would provide such an exemption under non-bankruptcy law and does not apply to this asset. No potential applicable federal exemption has been identified.

5. Further, the funds in the account have been co-mingled with funds from a number of sources. As a result, they cannot be identified.

**WHEREFORE**, movant prays that the exemption be disallowed and for such other and further relief to which he may be entitled to in law or equity.

> **Respectfully Submitted,**
>
> **/s/ Steven S. Davis**
> **STEVEN S. DAVIS, Trustee**
> OSB# 0005789
> Steven S. Davis Co., LPA
> 1370 Ontario Street, #450
> Cleveland, Ohio 44113
> (216) 781-7272   Fax No. (216) 781-3312
> Email: sdavis@daviscolpa.com

## CERTIFICATE OF SERVICE

I certify that on this  1st   day July, 2013, that a true and correct copy of the Objection to Debtor's Claim of Exemptions was served, electronically, via ECF, upon:

William J Balena, attorney for debtors, docket@ohbksource.com
United States Trustee at  (Registered address)@usdoj.gov

and, by regular U.S. mail, to:

Robert and Clare Callahan
9048 Calista Drive
North Ridgeville OH 44039

> /s/Steven S. Davis
> **STEVEN S. DAVIS**