UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 13-13598 |
| | ) |
| **ROBERT and CLARE CALLAHAN** | ) CHAPTER 7 CASE |
| | ) |
| Debtor(s) | ) JUDGE: JESSICA PRICE SMITH |
| | ) |

### NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

Now comes Steven S. Davis, Chapter 7 Trustee, and hereby has filed an objection to the claimed exemptions in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to sustain the objection, then, on or before **July 22, 2013**, you or your attorney must file with the Court a written response to the objection, explaining your position, at:

Clerk of Court - United States Bankruptcy Court
Howard M. Metzenbaum U.S. Court House
201 Superior Avenue
Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

Steven S. Davis, Esq.
450 Standard Building
1370 Ontario Street
Cleveland, Ohio 44113

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection.

/s/ Steven S. Davis
**STEVEN S. DAVIS, Trustee**
OSB# 0005789
Steven S. Davis Co., L.P.A.
1370 Ontario Street, #450
Cleveland, Ohio 44113
(216) 781-7272   Fax No. (216) 781-3312
Email: sdavis@daviscolpa.com

## **CERTIFICATE OF SERVICE**

I certify that on this __1st__ day of July, 2013, that a true and correct copy of this Notice of Objection to Claim of Exemptions was served, electronically, via ECF, upon:

William J Balena, attorney for debtors, docket@ohbksource.com
United States Trustee at  (Registered address)@usdoj.gov

and, by regular U.S. mail, to:

Robert and Clare Callahan
9048 Calista Drive
North Ridgeville OH 44039

/s/ Steven S. Davis
**STEVEN S. DAVIS, Trustee**
